IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03131-AP

LEO S. GOMEZ,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

> For Plaintiff:
> MICHAEL W. SECKAR
> 402 W. 12th Street
> Pueblo, CO 81003
> (719) 543-8636
> seckarlaw@mindspring.com
>
> For Defendant:
> JOHN F. WALSH
> United States Attorney
>
> WILLIAM PHARO
> Assistant United States Attorney
> william.pharo@usdoj.gov
>
> THOMAS S. INMAN
> Special Assistant United States Attorney
> 1001 17th Street
> Denver, Colorado 80202
> (303) 844-0014
> tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 12/02/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 12/21/2011

    C.    **Date Answer and Administrative Record Were Filed:** 02/21/2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 04/23/2012

    B.    **Defendant's Response Brief Due:** 05/23/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 06/07/2012

### 9. STATEMENTS REGARDING ORAL ARGUMENT

     A.     **Plaintiff's Statement:**    Oral argument is not requested.

     B.     **Defendant's Statement:**  Oral argument is not requested.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

     A.     ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.     (x)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 12th day of March, 2012.

                                                  BY THE COURT:

                                                <u>*s/John L. Kane*</u>
                                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/*Michael W. Sedkar* | JOHN F. WALSH |
| MICHAEL W. SECKAR | UNITED STATES ATTORNEY |
| 402 W. 12th Street. | |
| Pueblo, CO 81003 | WILLIAM PHARO |
| (719) 543-8636 | Assistant United States Attorney |
| seckarlaw@mindspring.com | |
| | s/ *Thomas S. Inman* |
| Attorney for Plaintiff | THOMAS S. INMAN |
| | Special Assistant U.S. Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | Telephone:  (303) 844-0014 |
| | tom.inman@ssa.gov |
| | |
| | Attorneys for Defendant |