IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03131-AP

LEO S. GOMEZ,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                        For Plaintiff:
                                        MICHAEL W. SECKAR
                                        402 W. 12th Street
                                        Pueblo, CO 81003
                                        (719) 543-8636
                                        seckarlaw@mindspring.com

                                        For Defendant:
                                        JOHN F. WALSH
                                        United States Attorney

                                        WILLIAM PHARO
                                        Assistant United States Attorney
                                        william.pharo@usdoj.gov

                                        THOMAS S. INMAN
                                        Special Assistant United States Attorney
                                        1001 17th Street
                                        Denver, Colorado 80202
                                        (303) 844-0014
                                        tom.inman@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 12/02/2011

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 12/21/2011

    C.    **Date Answer and Administrative Record Were Filed:** 02/21/2012

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 04/23/2012

    B.    **Defendant's Response Brief Due:** 05/23/2012

    C.    **Plaintiff's Reply Brief (If Any) Due:** 06/07/2012

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:**    Oral argument is not requested.

    B.    **Defendant's Statement:**  Oral argument is not requested.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(x)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 12th day of March, 2012.

                                        BY THE COURT:

                                        <u>s/John L. Kane</u>
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/*Michael W. Sedkar*
MICHAEL W. SECKAR
402 W. 12th Street.
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
UNITED STATES ATTORNEY

WILLIAM PHARO
Assistant United States Attorney

s/ *Thomas S. Inman*
THOMAS S. INMAN
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
Telephone:  (303) 844-0014
tom.inman@ssa.gov

Attorneys for Defendant