IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03131-LTB

LEO S. GOMEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on February 20, 2013, incorporated herein by reference, it is

ORDERED that the Commissioner's final order is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Michael J. Astrue and against Plaintiff, Leo S. Gomez. It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this   20th   day of February, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk